# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OS-52 | 9722807 | Arn J | 3351 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/24/2022 2334
Offense Charged: ✓ CFR ☐ USC ☐ State Code
38 C.F.R. 1.218(b)(11)

Place of Offense: Massachusetts Blvd adjacent Bldg 415
4100 West 3rd St. Dayton OH 45428

Offense Description: Factual Basis for Charge — HAZMAT ☐
Disorderly Conduct

### DEFENDANT INFORMATION
Last Name: White
First Name: Timothy
MI: L

Street Address: [REDACTED]

Tag No. / State / Year / Make/Model / PASS / Color: [blank]

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | + $30 Processing Fee |
| | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: [blank]
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Tim White

Original - CVB Copy
*9722807* (14)

Non-Veteran

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/24, 20 22 while exercising my duties as a law enforcement officer in the Southern District of Ohio

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/24/2022
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/03/2022 13:2
CVB SCAN 11/03/2022 13:2